# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5239
_____

SPACE COAST CREDIT UNION,

Appellant,

v.

CITY OF JACKSONVILLE,
FLORIDA, and JANE WEST,

Appellees.

_____


On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

May 3, 2019


PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Paul M. Harden and Zachary Watson Miller, Jacksonville, for Appellant.

Cynthia B. Beissel and Jeremiah Mulligan of Coquina Law Group, St. Augustine for Appellee Jane West.